# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2021

### NO. 03-19-00238-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Zertuche Construction, LLC, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on March 29, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order granting temporary injunctive relief, dissolves the temporary injunction, and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.